11-14-06 P12:10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 91-312-01-JO |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | AND MODIFYING |
| AUBREY R.M. PALMER, | ) | CONDITIONAL RELEASE TERM |
| | ) | |
| Defendant. | ) | |

On September 21, 1992, this Court found defendant Not Guilty by Reason of Insanity for the offense of Attempted Extortion, and committed him to the custody of the Attorney General. The term of conditional release began on September 10, 2001.

On May 12, 2006, the Honorable Garr M. King issued a Warrant of Arrest and Order to Show Cause why defendant's term of conditional release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On November 13, 2006, defendant appeared with counsel at a hearing to determine whether defendant's conditional release should not be revoked. The defendant admitted he had violated the conditions of conditional release by committing a new offense of Menacing.

It is the finding of the Court that defendant violated the conditions of conditional release by

*ORDER—PALMER, AUBREY, Page 1*

committing a new law violation of Menacing. The Court is not making a finding regarding his failure to participate in mental health treatment.

It now appearing to the Court defendant is suitable for continued community supervision,

**IT IS ORDERED** defendant's term of conditional release is continued subject to the previously imposed standard and special conditions and the following added special conditions: 1) The defendant shall participate in a mental health treatment program, to include anger management, approved by the probation officer; 2) The defendant shall have no contact with Catherine Weber (in person, by telephone, through correspondence, or a third party) unless approved by the probation officer; 3) The defendant shall have no contact with employees of Station Place Apartments and shall not physically frequent the building.

All other aspects of the original judgment order shall remain in full force and effect.

**DATED** this __14th__ day of November, 2006.

_____
The Honorable Robert E. Jones
Senior U.S. District Judge